FILED
FEB 2 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

2  Name __Victor Hernandez__
        (Last)          (First)          (Initial)

3  Prisoner Number __K-31659__

4  Institutional Address __P.O. Box 8504 Fac D-3-128-L Coalinga Ca 93210__

6  ════════════════════════════════════════

7  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA                              JF

8  Victor Hernandez _____        )
   (Enter the full name of plaintiff in this action.)          )   CV  08        1154
9                                                               )
                                                                )   Case No. _____
10              VS.                                             )   (To be provided by the clerk of court)
   JAMES YATES WARDEN PLEASANT VALLEY                           )
11                                                              )
   STATE PRISON _____                           )   PETITION FOR A WRIT
12                                                              )   OF HABEAS CORPUS        (PR)
13 _____                        )
                                                                )
14 (Enter the full name of respondent(s) or jailor in this action)  )
15                                                              )

16 ════════════════════════════════════════

          Read Comments Carefully Before Filling In

17 When and Where to File

18        You should file in the Northern District if you were convicted and sentenced in one of these

19 counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20 San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21 this district if you are challenging the manner in which your sentence is being executed, such as loss of

22 good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23        If you are challenging your conviction or sentence and you were not convicted and sentenced in

24 one of the above-named fifteen counties, your petition will likely be transferred to the United States

25 District Court for the district in which the state court that convicted and sentenced you is located. If

26 you are challenging the execution of your sentence and you are not in prison in one of these counties,

27 your petition will likely be transferred to the district court for the district that includes the institution

28 where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS        - 1 -

1 | Who to Name as Respondent

2 | You must name the person in whose actual custody you are. This usually means the Warden or

3 | jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4 | you are imprisoned or by whom you were convicted and sentenced. These are not proper

5 | respondents.

6 | If you are not presently in custody pursuant to the state judgment against which you seek relief

7 | but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8 | custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9 | was entered.

10 | A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11 | 1. What sentence are you challenging in this petition?

12 | (a) Name and location of court that imposed sentence (for example; Alameda

13 | County Superior Court, Oakland):

14 | ~~SANTA CLARA SUPERIOR COURT~~ CALIFORNIA

15 | Court                                          Location

16 | (b) Case number, if known ___SUPER CT 186850___

17 | (c) Date and terms of sentence ___25 years to Life 3-Strikes___

18 | (d) Are you now in custody serving this term? (Custody means being in jail, on

19 | parole or probation, etc.)                    Yes _____    No _____

20 | Where? Pleasant Valley State Prison

21 | Name of Institution: _____

22 | Address: P.O. Box 8504 Coalinga Ca 93210

23 | 2. For what crime were you given this sentence? (If your petition challenges a sentence for

24 | more than one crime, list each crime separately using Penal Code numbers if known. If you are

25 | challenging more than one sentence, you should file a different petition for each sentence.)

26 | Possession of PCP

27 |

28 |

PET. FOR WRIT OF HAB. CORPUS          - 2 -

3. Did you have any of the following?

Arraignment:                                Yes ✓          No _____

Preliminary Hearing:                        Yes ✓          No _____

Motion to Suppress:                         Yes _____      No ✓

4. How did you plead?

Guilty ✓     Not Guilty _____     Nolo Contendere _____

Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

Jury _____     Judge alone _____     Judge alone on a transcript _____

6. Did you testify at your trial?                Yes _____      No _____

7. Did you have an attorney at the following proceedings:

    (a)    Arraignment                     Yes ✓          No _____

    (b)    Preliminary hearing             Yes ✓          No _____

    (c)    Time of plea                    Yes ✓          No _____

    (d)    Trial                           Yes ✓          No _____

    (e)    Sentencing                      Yes ✓          No _____

    (f)    Appeal                          Yes _____      No ✓

    (g)    Other post-conviction proceeding    Yes _____      No ✓

8. Did you appeal your conviction?               Yes _____      No ✓

    (a)    If you did, to what court(s) did you appeal?

        Court of Appeal                 Yes _____      No _____

        Year: _____    Result: _____

        Supreme Court of California      Yes _____      No _____

        Year: _____    Result: _____

        Any other court                 Yes _____      No _____

        Year: _____    Result: _____

    (b)    If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS          - 3 -

petition?                                    Yes _____    No_____

(c)    Was there an opinion?                 Yes _____    No_____

(d)    Did you seek permission to file a late appeal under Rule 31(a)?

                                             Yes _____    No_____

If you did, give the name of the court and the result:

_____

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?    Yes __✓__    No_____

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

(a)    If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I.    Name of Court: _____Superior Court_____

      Type of Proceeding: _____Habeas Petition_____

      Grounds raised (Be brief but specific):

      a. ~~VIOLATION OF PLEA AGREEMENT~~

      b. ____VIOLATION OF DUE PROCESS_____

      c. ____INEFFECTIVE ASSISTANCE OF COUNSEL____

      d. _____

      Result: _DENIED_____ Date of Result:_____

II.   Name of Court: _~~SIXTH DISTRICT COURT OF APPEALS~~_

      Type of Proceeding: ___HABEAS PETITION_____

      Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS            - 4 -

1    a. INEFFECTIVE ASSISTANCE OF COUNSEL

2    b. VIOLATION OF DUE PROCESS

3    c. VIOLATION OF PLEA AGREEMENT

4    d.

5    Result: DENIED JAN 5, 2007 _____ Date of Result: _____

6    III.    Name of Court: CALIFORNIA SUPREME COURT

7    Type of Proceeding: HABEAS PETITION

8    Grounds raised (Be brief but specific):

9    a. MOTION FOR APPOINTMENT OF COUNSEL

10    b. VIOLATION OF DUE PROCESS

11    c. INEFFECTIVE ASSISTANCE OF COUNSEL

12    d. VIOLATION OF PLEA AGREEMENT.

13    Result: DENIED JULY 11, 2007 _____ Date of Result: _____

14    IV.    Name of Court: _____

15    Type of Proceeding: _____

16    Grounds raised (Be brief but specific):

17    a. _____

18    b. _____

19    c. _____

20    d. _____

21    Result: _____ Date of Result: _____

22    (b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?

23    Yes _____    No _____

24    Name and location of court: _____

25    B. GROUNDS FOR RELIEF

26    State briefly every reason that you believe you are being confined unlawfully. Give facts to

27    support each claim. For example, what legal right or privilege were you denied? What happened?

28    Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS        - 5 -

1 | need more space.  Answer the same questions for each claim.

2 |     [Note:  You must present ALL your claims in your first federal habeas petition.  Subsequent

3 | petitions may be dismissed without review on the merits.  28 U.S.C. §§ 2244(b); <u>McCleskey v. Zant,</u>

4 | 499 U.S. 467,  111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5 |     Claim One:  PETITIONER IS UNABLE TO READ OR WRITE AND HAS

6 | A THIRD GRADE READING AVERAGE AND WAS DENIED COUNSEL

7 |     Supporting Facts:  The petitioner has had assistance in the

8 | preparation of this document but is verified to have a grade point

9 | average of the third grade,and was denied counsel. in all

10 | proceedings of his state habeas corpus.

11 |     Claim Two:  The trial court promised petitioner he would only

12 | serve 20 percent of his sentence as condition of his plea bargain

13 | and refused to allow petitioner to with draw his plea.
    Supporting Facts:

14 | Trail court judge clearly informed petitioner his sentence would be

15 | reduced asa condition of his plea bargain. The law was changged

16 | after the plea which would not allow good time credits.

17 |     Claim Three:  The trial court FASLEY PREPAREDA DOCUMENT THE

18 | PETITIONER DID NOT FILE ASA HABEAS CORPUS.

19 |     Supporting Facts: The State Court denied relief on the grounds that

20 | petitioner filed a habeas petition and did not raise the violation

21 | of the plea agreement.Thus may not file a second habeas petition.

22 | An evidentiary hearing would prove petitioner had neverfiled.

23 |     If any of these grounds was not previously presented to any other court, state briefly which

24 | grounds were not presented and why:

25 |

26 |

27 |

28 |

1    List, by name and citation only, any cases that you think are close factually to yours so that they

2    are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning

3    of these cases:

4    _____

5    SEE ATTACHED MEMORANDUM
     _____

6    _____

7    Do you have an attorney for this petition?                    Yes_____    No_____

8    If you do, give the name and address of your attorney:

9    _____

10    WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11    this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12

13    Executed on ___2-14-08___                  _____

14              Date                                    Signature of Petitioner

15

16                    REQUEST FOR JUDICIAL NOTICE

17    Petitioner requests this court appoint counsel because he has
      a verified inability to read past the Third Grade and requests
18    this court appoint counsel. An evidentiary hearing would show
      the alleged petition filed by petitioner was fasley entered into
19    the record to prevent relief. If the court would appoint
      counsel to inspect the court record and compare the prison tat
20    petitioner was in when the habeas was filed it would determiine
      petitioner could not have been responsible for the petition.
21
(Rev. 6/02)
22    Petitioner provided the State Court with a copy of his reading
      and writing abilities and the court did not return those documents.

23    I declare under the penalty of perjury that my TABE SCORES are
      between THIRD AND FOURTH GRADE and below 7th grade.
24

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS              - 7 -

RECEIVED

JUL 2 6 2007

S150047

CLERK SUPREME COURT

# IN THE SUPREME COURT OF CALIFORNIA

## En Banc

In re VICTOR HERNANDEZ on Habeas Corpus

The petition for writ of habeas corpus is denied. (See *In re Robbins* (1998) 18 Cal.4th 770, 780.)

SUPREME COURT
**FILED**

JUL 1 1 2007

Frederick K. Ohlrich Clerk

_____
Deputy

_____
GEORGE
Chief Justice



IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SIXTH APPELLATE DISTRICT

Court of Appeal - Sixth App. Dist.

**F I L E D**

SEP 1 - 2006

MICHAEL J. YERLY, Clerk

By_____
            DEPUTY

In re VICTOR HERNANDEZ,

on Habeas Corpus.

H030513
(Santa Clara County
Super. Ct. No. 186850)

BY THE COURT:

The petition for writ of habeas corpus is denied.

(Premo, Acting P.J., Elia, J., and Duffy, J., participated in this decision.)

Dated ____SEP 1 2006____     ____PREMO, J.____ Acting P.J.



IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SIXTH APPELLATE DISTRICT

In re VICTOR HERNANDEZ,

on Habeas Corpus.

H030961
(Santa Clara County
Super. Ct. No. 186850)

BY THE COURT:

The petition for writ of habeas corpus is denied.

(Premo, Acting P.J., Elia, J., and Duffy, J., participated in this decision.)

Dated _____ JAN 5  2007 _____  _____ PREMO, J. _____ Acting P.J.

California Department Of Corrections And Rehabilitation          Arnold Schwarzenegger, *Governor*
State of California-Youth And Adult Correctional Agency

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**Pleasant Valley State Prison**
**P.O. Box 8500**
**Coalinga, Ca. 93210**   Supreme Court of Ca
                          350 McAllister St.
**TO:**                                         **DATE:** 7/18/07
                          SR (San Francisco) Ca 94102

*Dear Correspondent:*
The enclosed legal correspondence received for the *following*
Inmate ___Hernandez___  CDCR # ___K31695___ is  Name +
        (Name)                    (Number)              Number do
Undeliverable at this facility and **FORWARDED** as follows:        not match

☐  Inmate paroled/discharged on _____ to the following location: _____
                              (Date)                           (Office/Unit Location)
☐  Inmate is currently housed at the following CDCR facility:

_____
(Institution)
☐  Inmate is temporarily out to court and housed at the following city/county facility:

                                                        **RECEIVED**
_____
(Facility)                              JUL 2 6 2007

                                        CLERK SUPREME COURT
_____
(Location: City, County and State)

☐  Inmate is currently housed at the following medical facility:

_____
(Facility)

_____
(Location: City, County and State)

☐  Inmate is currently enroute to the following facility:

_____
(Facility)

_____
(Location: City, County and State)

**NAME:** _M Castellum_

**PLEASANT VALLEY STATE PRISON**

**DATE:** ___7/18/07___

Victor Hernandez   K-31659
P.O.Box 8504 Fac D-3-128-L
P.O. Box 8504
Coalinga Ca 93210

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MEMORANDUM OF POINTS AND AUTHORITIES

APPEAL FROM THE SANTA CLARA SUPERIOR COURT BEFORE THE HONORABLE JUDGE
PAUL BERNAL OCT 7,2006.

BY PETITIONER
VICTOR HERNANDEZ
IN PRO. PER.

Exhibit "B"

## ISSUES PRESENTED

Petitioner alleged in a habeas petition,that as a condition of his plea agreement ,that his eligibility for prison credits had been mis-represented to him by the trial court when it stated he could earn as much as twenty percent good-time work-time credits. The truth of the matter was that petitioner could not earn any credits.

In an additional issue petitioner requested that the trial court appoint counsel for his habeas proceeding, because petitioner was not able to read or write, and supported it with copies of his recent Tabe education scores. The court denied petitioner's habeas petition and failed to rule on his motion for appointment of counsel.

The Superior Court in it's ruling reasoned that the petition filed by the petitioner was impermissible and a successive attack and brought over 11 years since his guilty plea.(SEE EXHIBIY "A" MOTION FOR THE APPOINTMENT OF COUNSEL).The court argued that petitioner had filed a petition in,2004, and should have included the instant claims in that petition.

In addition the court urged that the petitioner had not given any reason or explanation as to why the claim was not brought previously.

## PETITIONER'S REASON FOR SEEKING REVIEW

The petitioner denied filing the 2004 writ and requested that the court appoint counsel in helping him determine the means by which the writ in 2004 was filed. This would have included a search to determine whether the petitioner was housed where the writ was alleged to have been filed from.Petitioner urged a review of the mailing envelope that the writ was sent in would show evidence he did not send the writ or know it was being filed.

In sum the petitioner urges that he did not send the 2004 writ.

(1)

1  petition and provided the court with a declaration to that effect.

2  At issue and in dispute is the date that the petitioner became

3  aware of the change in the law regarding good time credits that were
   promised to him as a condition of his guilty plea .

4  In sum the Superior court urges that the petitioner has failed to

5  give any explanation as to why the claim was not brought previously is

6  disputed because , the declaration and other exhibits attached to the

7  petitioner''s Habeas petition **clearly disputes** the courts opinion.

8  The petitioner points to a direct response from the records dept.

9  at the prison requesting to know how inmates whom could not read or
   write were informed of the change in the law or the **People V Stofle**

10 **(1996) 45 Cal App 4th 417**, notice to all inmates was given to inmates

11 **who could not read or write.** The response informed the petitioner that

12 the court had a duty to inform the petitioner ·

13 In the current petition petitioner has listed Exhibit A a copy

14 of the document regarding notice which is not disputed by the court

15 in its ruling and opinion.

16 Exhibit "B" is the Stofle notice which was posted in the library
   for everyone to read.

17 Exhibit "C" is a copy of the habeas petition filed in the Superior

18 court which was denied.

19 Exhibit "D" is a copy of the Motion for appointment of counsel

20 and petitioner's education scores which is undisputed that petitioner

21 is unable to read now and was unable to read at the time of his guilty

22 plea.

23 Exhibit "E" is a copy of the Superior Court opinion on July 8,2006
   and Oct. 27,2006 which was also denied.

24                                        (2)

25

## DISCUSSION

1  The petitioner argues that he first requested the appointment

2  of counsel because he is unable to understand the current proceedings

3  and provided the court with copies of his Tabe scores dated 6-17-05

4  and 6-28-06 .

5  The Superior Court in its slip opinion failed to address this

6  question which effects everyone in the State of California who is

7  unable to read and write to a level to understand the proceedings.

8  The petitioner argues that he is not compatent and was not in 2004

9  and thus what ever claimed filing was not and could not have been

10  with his knowledge.

11  The petitioner again requests this court appoint counsel to

12  represent him on appeal in this matter because he is not able to read

13  or write and has relied on the help of others to present these matters

14  before the court today.

15  The court at no time in its slip opinion state  petitioner's

16  plea bargain was not   . violated by the trial courts inducement of

17  a false promise. In addition the court could have corrected the error

18  by resentencing the petitioner consistent with the terms of the promise

19  it made to lure the petitioner into pleading guilty.

20  The second question presented is if inmates who cannot even help

21  read or write and the housing facility has no plan or policy for

22  providing the same news it provides to the rest of the population :

23  (1) Are the hearing impaired, and blind inmates as well as

24  inmates who cannot read or write entitled to the same Notice that

25  was provided to the rest of the prison population.

26  The Superior Court's opinion violates Federal law because it

27  does not provide equal treatment.

28  (3)

## THE COURT HAS A DUTY TO RESPOND TO ALL CONTENTIONS

When a State prisoner files a petition to the Superior Court and frames the issues presented the Court has a duty to respond in some kind of way. A denial of a Motion is common in this State. To not respond at all does not make a record required for review by the Court of Appeals.

The Superior Court was clear in its slip opinion to state " By requiring that such challenges be made reasonably, promptly, we vindicate society's interest in the finality of its criminal judgments as well as the public's interest in the orderly and reasonably prompt implementation of its laws".

The petitioner argues, this rush to judgment and manner does not contain a provision for people who can not read or write and thus is a violation of Federal and State Due Process laws.

## RELIEF REQUESTED

(1) Petitioner requests that this court appoint counsel to represent him in this appeal.

(2) Petitioner requests this court remand this issue back to the Superior Court for a ruling on his motion for appointment of counsel.

(3) That this Court order the Superior to conform to the Plea bargain it made or allow the petitioner to withdraw his plea.

Filed this 5th day of December 2006 at pleasant Valley State Prison.

X _Victor Hernandez_
VICTOR HERNANDEZ IN PRO. PER. WITH HELP

(4)

Pleasant Valley State Prison
Victor Hernandez
K-31659 D3-128-lower
P.O. Box 8504
Coalinga, CA 93210

Legal Mail





United States District court of Appeals
Northern District of California.
San Jose District of Santa Clara.
280 South First # 3035
San Jose, California, 95113-3099



THIS MAIL WAS GENERAL
PLEASANT VALLEY STAT