Victor Hernandez  K-31659
P.V.S.P. Fac D-3-128-L
P.O. Box 8504
Coalinga Ca 93210

FILED
FEB 2 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN re Victor Hernandez,

CV 08   1154   JF (PR)

**MEMORANDUM OF POINTS AND AUTHORITIES**
APPEAL FROM THE HONORABLE PAUL BERNAL JUDGE OF THE SANTA CLARA SUPERIOR COURT.

**STATEMENT OF THE CASE**

Petitioner requests this Court please take Judicial Notice of the fact that the petitioner is requesting appointment of legal counsel because he is unable to read or write at a level to fully understand these proceedings. Petitioners exhibit A is a copy of his most recent tabe results which show his reading score is 3.6 and language score of 2.9.

On 5-10-06 petitioner sent a request to the inmate records office after a conversation with another inmate regarding time earning credits. The petitioner was sent a copy of a flyer that had been posted in the law library advising inmates of People V. Stofle 1996 45 Cal App 4th 417 advising inmates of zero credit ability.

No additional effort was made to contact inmates who could not

1 | read or write and petitioner was never notified of any change in
2 | the law.

### THE SUPERIOR COURT BASED ITS OPINION ON THE FACT PETITIONER HAD PREVIOUSLY FILED A PETITION FOR RELIEF.

The Superior Court reasoned that the petitioner had filed a petition for relief in March of 2004 and did not mention his claim now presented. The petitioner urges that he never filed the habeas petition and that it was somehow placed in the record. In addition it is not his hand writing nor did he authorize it.

The petitioner urges that his alleged 2004 habeas petition is of no interest to the matter before the court because there was no response to his formal request to the department of Corrections until 5-12-06. Petitioner could not have raised this claim because he was unaware of the change in the law.

The petitioner has asked this court to appoint counsel to represent him because it appears that someone is taking great advantage of the fact that he cannot read and write at a level to present his claims to the court. While petitioner has had some help in presenting this matter to the court because of need for a complete investigation he is requesting counsel be appointed. He has provided his most recen tabe scores to confirm that he is unable to understand the complex proceedings before the court.
I Victor Hernandez declare under the penalty of perjury that the information I have provided is true and correct.

Filed this        day of 2008

Victor Hernandez