Pleasant Valley State Prison
Victor Hernandez
K-31659 # D3-128-lower
P.O. Box 8504
Coalinga, Ca 93210

FILED

2008 MAR 14 A 8: 18

RICHARD W. WIEKING
U.S. CLERK
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

)
)
)                    08-1154 JF
Plaintiff,           )   CASE NO. Super Ct #186850
)
vs.                  )   PRISONER'S
)   APPLICATION TO PROCEED
)   IN FORMA PAUPERIS
Victor. Roger. Hernandez )
Defendant.           )
)

I, Victor R. Hernandez, declare, under penalty of perjury that I am the plaintiff in
the above entitled case and that the information I offer throughout this application is true and correct.
I offer this application in support of my request to proceed without being required to prepay the full
amount of fees, costs or give security. I state that because of my poverty I am unable to pay the
costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.      Are you presently employed?   Yes _____ No ✕

If your answer is "yes," state both your gross and net salary or wages per month, and give the name
and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS. Case No.                              - 1 -

and wages per month which you received.  (If you are imprisoned, specify the last place of

employment prior to imprisonment.)

_____

_____

_____

2.    Have you received, within the past twelve (12) months, any money from any of the following

sources:

    a.    Business, Profession or          Yes _____  No _X_

            self employment

    b.    Income from stocks, bonds,      Yes _____  No _X_

            or royalties?

    c.    Rent payments?                Yes _____  No _X_

    d.    Pensions, annuities, or         Yes _____  No _X_

            life insurance payments?

    e.    Federal or State welfare payments,   Yes _____  No _X_

            Social Security or other govern-

            ment source?

If the answer is "yes" to any of the above, describe each source of money and state the amount

received from each.

_____

_____

3.    Are you married?                 Yes _X_ No _____

Spouse's Full Name: _Shirley Ann Hernandez_____

Spouse's Place of Employment: ___unemployed,_____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.    a.    List amount you contribute to your spouse's support : $ _____

    b.    List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____

1   and indicate how much you contribute toward their support. (NOTE: For minor

2   children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

3   _____

4   _____

5   5.    Do you own or are you buying a home?     Yes ____ No ✕

6   Estimated Market Value: $_____ Amount of Mortgage: $_____

7   6.    Do you own an automobile?     Yes ____ No ✕

8   Make _____ Year _____ Model _____

9   Is it financed? Yes _____ No _____ If so, Total due: $_____

10   Monthly Payment: $ _____

11   7.    Do you have a bank account? Yes ____ No ✕ (Do not include account numbers.)

12   Name(s) and address(es) of bank: _____

13   _____

14   Present balance(s): $ _____

15   Do you own any cash? Yes ____ No ✕ Amount: $ _____

16   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

17   market value.)   Yes ____ No ✕

18   _____

19   8.    What are your monthly expenses?

20   Rent: $_____ Utilities: _____

21   Food: $_____ Clothing: _____

22   Charge Accounts:

23   Name of Account     Monthly Payment     Total Owed on This Acct.

24   _____ $ _____ $ _____

25   _____ $ _____ $ _____

26   _____ $ _____ $ _____

27   9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

28   they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____     - 3 -

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?                                          Yes _____  No _____

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

     I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

     I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.


_____                    _____
     DATE                                                      SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____                    - 4 -

e..    Gifts or inheritances:      ___ Yes    ✗ No

f.    Any other sources:      ___ Yes    ✗ No

If the answer to any of the above is "yes," describe by that item each source of money. Also state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

4. Do you have cash (includes balance of checking or savings accounts)? ___ Yes ✗ No

If "yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?      ___ Yes    ✗ No

If "yes" describe the property and state its value: _____

6. Do you have any other assets?      ___ Yes    ✗ No

If "yes," list the asset(s) and state the value of each asset listed:

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. section 1915(b)(2).

_2-26-08_          _Des maun_
DATE              SIGNATURE OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _0_ on account to his/her credit at Pleasant Valley State Prison (name of institution). I further certify that during the past six months, the applicant's average monthly balance was $ _43.75_. I further certify that during the past six months, the average of monthly deposits to the applicant's account was $ _58.33_.

**(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months).**

_2/27/08_          _[signature]_
DATE          SIGNATURE OF AUTHORIZED OFFICER
(Form Last Revised 09/18/03)

2

REPORT ID: TS3030   .701

REPORT DATE: 02/27/08
PAGE NO:   1

CALIFORNIA DEPARTMENT OF CORRECTIONS
PLEASANT VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: AUG. 27, 2007 THRU FEB. 27, 2008

ACCOUNT NUMBER : K31659                          BED/CELL NUMBER: DFB3T100000128L
ACCOUNT NAME   : HERNANDEZ, VICTOR ROGER         ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 08/27/2007 | | BEGINNING BALANCE | | | | | 50.00 |
| 09/12 | FC04 | DRAW-FAC 4 | 1120 FAC D | | | 50.00 | 0.00 |
| 09/13 | D300 | CASH DEPOSIT | 1146 MR | | 50.00 | | 50.00 |
| 09/10 | FC04 | DRAW-FAC 4 | 1488 FAC D | | | 50.00 | 0.00 |
| 09/19 | D300 | CASH DEPOSIT | 1658 MR | | 75.00 | | 75.00 |
| 11/08 | FC04 | DRAW-FAC 4 | 1936 FAC D | | | 75.00 | 0.00 |
| 11/14 | D300 | CASH DEPOSIT | 2005 MR | | 50.00 | | 50.00 |
| 11/20*D300 | | CASH DEPOSIT | 2116 MR | | 25.00 | | 75.00 |
| 11/29 | D300 | CASH DEPOSIT | 2193 MR | | 100.00 | | 175.00 |
| 12/12 | FC04 | DRAW-FAC 4 | 2432 FAC D | | | 175.00 | 0.00 |
| | | ACTIVITY FOR 2008 | | | | | |
| 01/07*D300 | | CASH DEPOSIT | 3291 MR | | 50.00 | | 50.00 |
| 01/13 | FC04 | DRAW-FAC 4 | 3383 FACD | | | 50.00 | 0.00 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 50.00 | 350.00 | 400.00 | 0.00 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-----------
0.00

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: _____

CALIFORNIA DEPARTMENT OF CORRECTIONS

BY _____ TRUST OFFICE

U.S.P.
Alex Hernandez
K-26558#D3-128-low ex
P.O. Box 8504
coinga. CA 93210

THIS MAIL WAS GENERATED FROM
PLEASANT VALLEY STATE PRISON

united States District Court
northern District of California
San Jose District of santa Clara.
280 South First #3035

San Jose . CA 95113,3095

BAKERSFIELD CA 933
MOJAVE CA
10 MAR 2008 PM 1 T