VICTOR HERNANDEZ JK-31659
Pleasant Valley State Prison
P.O. Box 8504 Fac D-3-128-L
Coalinga Ca 93210

FILED

2008 JUL 10 P 3:29

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VICTOR ROGER HERNANDEZ    PETITIONER <br><br> v. <br><br> JAMES YATES, WARDEN    RESPONDENT | C 08-1154 JF (PR) <br><br> PETITIONER'S MOTION FOR EXTENTION OF TIME FOR FILING RESPONSE TO THE MOTION TO DISMISS FILED BY RESPONDENT. |

On or about June 20, 2008, the respondent filed a motion to Dismiss the petitioner's Habeas Corpus petition as untimely. The petitioner previous to the respondents motion had motioned the court to appoint counsel due to the fact that petitioner was unable to read beyond a grade level of the 7th grade and could not read or understand the nature of the proceedings.

The petitioner is of the belief that he meets a exceptation due to evidence that he will present that his grade point level 5.0 or less during the period of his arrest and up to his progress noted in the improved grade average in the request for appointment of counsel.

The merits of petitioner's claim present a Federal question that is properly before this court. California has a policy of people whom cannot read with deliberate indifference. In Sum in the process of servings a 25 year sentence the court promised

(1)

petitioner he would only serve 20 years before he was able to apply for parole. The law was changed while the term was being served and respondents failed to inform anyone of the change in the law and sent out written notices to be posted in the prison library which only people whom could read would understand.

### DECLARATION BY JAMES R. ROBERTS

I declare under penalty of perjury that I have read the respondents Motion to Dismiss to petitioner Hernandez. I fully explained that I could not file a response for him and there are no other services available to assist him. Mr. Hernandez has attempted to obtain counsel from Pro Bono services and been declined because he does not have the funds to do so.

_____
JAMES RAY ROBERTS

Petitioner Hernandez requests in the event that counsel is not appointed that this court treat this motion as a request for a (COA) and Notice of Appeal regarding the issue of Appointment of counsel.

I declare under the penalty of perjury that I have served a copy of this petition on Deputy Attorney General Gregory A. Ott at 455 Golden Gat Ave. Suite 11000 San Francisco Ca 94102-7004.

Victor Hernandez
_____
Petitioner

(2)





