1  EDMUND G. BROWN JR.
   Attorney General
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  GREGORY A. OTT
   Deputy Attorney General
6  State Bar No. 160803
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA  94102
     Telephone:  (415) 703-5964
8    Fax:  (415) 703-1234
     E-mail:  gregory.ott@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13                                                    C 08-1154 JF (PR)

14   VICTOR ROGER HERNANDEZ,
                                                      **APPLICATION FOR**
15                              Petitioner,           **ENLARGEMENT OF TIME TO**
                                                      **FILE REPLY TO OPPOSITION**
16         v.

17   JAMES YATES, Warden,

18                              Respondent.

19

20         For the reasons stated in the accompanying declaration of counsel, respondent hereby

21  requests a thirty-day enlargement of time in which to file his reply to petitioner's opposition to

22  respondent's motion to dismiss the petition as untimely.  As explained in the accompanying

23  declaration, counsel is currently, but has not yet finished, gathering evidence in response to

24  petitioner's opposition.

25         Counsel has not contacted petitioner regarding this request, as he is in custody and not

26  represented by counsel.

27         WHEREFORE, respondent respectfully requests that this Court grant an enlargement of

28  time, to and including September 22, 2008, in which to file his answer.

APPLICATION FOR ENLARGEMENT OF TIME TO FILE
REPLY TO OPPOSITION – *Hernandez v. Yates*, C 08-1154 JF          1

1 | Dated: August 26, 2008

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General
4 | DANE R. GILLETTE
Chief Assistant Attorney General
5 | GERALD A. ENGLER
Senior Assistant Attorney General
6 | PEGGY S. RUFFRA
Supervising Deputy Attorney General

8 | /s/ Gregory A. Ott
GREGORY A. OTT
9 | Deputy Attorney General

10 | Attorneys for Respondent

GAO
40201924.wpd

APPLICATION FOR ENLARGEMENT OF TIME TO FILE
REPLY TO OPPOSITION – *Hernandez v. Yates*, C 08-1154 JF      2

1  EDMUND G. BROWN JR.
   Attorney General
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  GREGORY A. OTT
   Deputy Attorney General
6  State Bar No. 160803
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA  94102
     Telephone:  (415) 703-5964
8    Fax:  (415) 703-1234
     E-mail:  gregory.ott@doj.ca.gov
9  Attorneys for Respondent

10             IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 |                                  | C 08-1154 JF (PR)
14 | VICTOR ROGER HERNANDEZ,          |
15 |                       Petitioner,| **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME TO FILE REPLY TO OPPOSITION**
16 |        v.                        |
17 | JAMES YATES, Warden,             |
18 |                       Respondent.|

19

20       I, GREGORY A. OTT, declare under penalty of perjury as follows:

21       I am the California Deputy Attorney General assigned to represent respondent in this case.

22  Respondent's reply to petitioner's opposition to the motion to dismiss was due on August 25, 2008,

23  by my count:  My reply was due fifteen days after "service" of the opposition, but petitioner's

24  opposition contains no dated proof of service.  It was received by this office on August 8, 2008,

25  fifteen days after which is August 25.

26       I have not previously requested an enlargement of time in this case.

27       On June 23, 2008, I filed a motion to dismiss the petition for writ of habeas corpus as

28  untimely under 28 U.S.C. § 2224(d)(1).  Petitioner has filed an opposition, in which he makes

**DECLARATION OF COUNSEL IN SUPPORT OF
APPLICATION FOR ENLARGEMENT OF TIME TO FILE
REPLY TO OPPOSITION** – *Hernandez v. Yates*, **C 08-1154  JF**      1

1  various assertions of fact in attempt to excuse the timing of his petition.

2       I request an additional thirty days to file my reply for the following reasons.  In his
3  opposition, petitioner makes various assertions of fact in attempt to excuse the timing of his petition,
4  chiefly regarding his custody credits and when he learned that he was not receiving any.  I am
5  currently attempting to gather evidence, to the extent it exists, from the prison in response to those
6  assertions.  Additional time beyond the allotted fifteen days is needed, however, to gather any
7  existing evidence and present it in a reply.

8       I have not contacted petitioner regarding this request, as he is in custody and not
9  represented by counsel.

10       Accordingly, I request that the Court grant respondent to and including September 22,
11  2008, in which to file its reply to the opposition to the motion to dismiss.

12       I declare under penalty of perjury of the laws of the State of California and the United
13  States of America that the foregoing is true and correct.  Executed at San Francisco, California on
14  August 26, 2008.

15
16
17                                                                       /s/ Gregory A. Ott
                                                                      GREGORY A. OTT
18                                                                        Deputy Attorney General

19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7

8           IN THE UNITED STATES DISTRICT COURT
9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11
12  VICTOR ROGER HERNANDEZ,                C 08-1154 JF (PR)
13                    Petitioner,          **ORDER**
14        v.
15  JAMES YATES, Warden,
16                    Respondent.
17

18        GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until
19  September 22, 2008, to file his reply to petitioner's opposition to the motion to dismiss the petition
20  as untimely.
21        DATED: _____, 2008.
22
23                                          _____
24                                          JEREMY FOGEL
                                            United States District Judge
25
26
27
28

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Hernandez v. Yates, Warden**

No.:  **C 08-1154 JF (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On August 27, 2008, I served the attached **APPLICATION FOR ENLARGEMENT OF TIME TO FILE REPLY TO OPPOSITION; DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME TO FILE REPLY TO OPPOSITION; ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Victor Hernandez
No. K-31659
Pleasant Valley State Prison
P.O. Box 8504
Fac D-3-128-L
Coalinga, CA  93210

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 27, 2008, at San Francisco, California.

| D. Desuyo | /s/    D. Desuyo |
|---|---|
| Declarant | Signature |

20136142.wpd