IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR ROGER HERNANDEZ,

                    Petitioner,

   v.

JAMES YATES, Warden,

                    Respondent.

C 08-1154 JF (PR)

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until September 22, 2008, to file his reply to petitioner's opposition to the motion to dismiss the petition as untimely.

DATED:   9/2  , 2008.

                                        JEREMY FOGEL
                                        United States District Judge