IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ROGER HERNANDEZ,<br><br>                            Petitioner,<br><br>   v.<br><br>JAMES YATES, Warden,<br><br>                            Respondent. | C 08-1154 JF (PR)<br><br>**ORDER** |

     GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until September 29, 2008, to file his reply to petitioner's opposition to the motion to dismiss the petition as untimely.

     DATED:  9/24 , 2008.

                                                     JEREMY FOGEL<br>                                                     United States District Judge